# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| SORAYDA GOMEZ-CRUZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 7:19-cv-1069-ACA-GMB |
| ) | |
| PATRICIA B. BRADLEY, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

The magistrate judge entered a report on July 21, 2020, recommending that the court grant Respondent's motion for summary dismissal and dismiss this action without prejudice for lack of subject matter jurisdiction.  (Doc. 7).  Although the magistrate judge advised the parties of their right to file specific written objections within fourteen days, the court has not received any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation.  Accordingly, the court **GRANTS** Respondent's motion for summary dismissal and **WILL DISMISS** this action **WITHOUT PREJUDICE**.

The court will enter a separate final order.

**DONE** and **ORDERED** this August 12, 2020.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE